IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAMELA HARSHMAN                                                                                    PLAINTIFF

v.                              CASE NO. 3:21-CV-00206-BSM

PROPERTY & CASUALTY INSURANCE
COMPANY OF HARTFORD                                                                       DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE